IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Robinson, Jennifer | Case Number: 08 B 22181 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/10/08 | Filed: 8/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,040.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Northern Indiana Public Ser | Unsecured | 462.24 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 100.00 | 0.00 |
| 8. | Chase Bank USA NA | Unsecured | 94.29 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 581.11 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 245.30 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 576.44 | 0.00 |
| 12. | CRS | Secured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 15. | GEMB | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| 19. | NBGL-Carsons | Unsecured | | No Claim Filed |
| 20. | Midland Mortgage Company | Unsecured | | No Claim Filed |
| 21. | Sam's Club | Unsecured | | No Claim Filed |
| | | | $ 5,099.38 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Robinson, Jennifer

Printed: 12/10/08

Case Number:  08 B 22181
Judge:  Hollis, Pamela S
Filed:  8/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

